Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its JOINT BOARD OF TRUSTEES; LES PROTEAU and CHARLES DEL MONTE, TRUSTEES; Et.Al.<br><br>    Plaintiffs,<br><br>    v.<br><br>TOP GUN ARCHITECTURAL FINISHES, INC. dba TOP GUN FINISHES, a California Corporation; RUBEN GONZALEZ, Individually; and MARCUS DEAN CHARLES, Individually,<br><br>    Defendants. | Case No.:   C08-5774 CW<br><br>***SECOND AMENDMENT* TO STIPULATED JUDGMENT** |

THIS SERVES TO AMEND the Stipulated Judgment and Consent to Magistrate

previously entered into between Plaintiffs BAY AREA PAINTERS & TAPERS PENSION

TRUST FUND, et al. ("Plaintiffs") and Defendants  TOP GUN ARCHITECTURAL FINISHES,

INC. dba TOP GUN FINISHES, a California Corporation; RUBEN GONZALEZ, Individually;

and MARCUS DEAN CHARLES, Individually, (collectively "Defendants").. The paragraphs /

subsections below are the only ones to be amended, and refer to the paragraph / subsection in the

initial Stipulated Judgment.  Any other paragraph or provision not specifically identified and set

forth herein remains unchanged.

2. **Original Stipulated Judgment**: The Northern California Painters Master Agreement between District Council 16 and the NCPFC ("Agreement") requires at Article 19, Section 15, that Defendants post a bond *"within ten (10) days of the mailing of notice by the Administrator of the Trust Funds...(in) amounts to be determined by said Administrator."* Pursuant to the terms of the initial Stipulated Judgment, Defendants were required to post a bond in the amount of $147,760, within 45 days of the execution of this original Stipulated Judgment by Defendants. In the event Defendants were unable to obtain a bond, a cash deposit in lieu of bond was to be posted with the Trust Funds' Administrator or other suitable / acceptable arrangements were to be made with Plaintiffs.

**Amendment**: The parties have agreed to amend this requirement as follows: Defendants shall post a bond in the amount of $50,000 within 7 days of the execution of this Amendment by Defendants. In addition to providing the $50,000 bond, defendants shall also deposit cash in the amount of $25,000. If Defendants stay current in contributions owed to the Trust Funds (no further delinquencies) for 6 months (from hours worked in May, 2009 through November, 2009) hereafter, the $25,000 cash will be returned to Defendants. The bond will remain in place.

3. In addition to the above amendment regarding the bond, Defendants shall pay the entire amount currently due under the initial Stipulated Judgment in one lump sum payment. This amount shall be paid within 7 days of the execution of this Amendment by Defendants. The total "payout" amount due is as follows:

| | |
|---|---|
| Balance due on Stipulation (as of May 21, 2009) | $43,802.61 |
| Additional Interest on Stipulation (through May 31, 2009 | $84.00 |
| Attorneys Fees and Costs (March 4, 2009 – May 21, 2009) | $3,130.00 |
| **TOTAL** | **$47,016.61** |

| | |
|---|---|
| Dated: June 5, 2009 | **TOP GUN ARCHITECTURAL FINISHES, INC. dba TOP GUN FINISHES** |
| | By: _____/s/_____<br>MICHAEL LAVOY<br>President |
| Dated: June 5, 2009 | **MICHAEL LAVOY** |
| | _____/s/_____<br>Individually |
| Dated: June 5, 2009 | **MIKE MARTINEZ** |
| | _____/s/_____<br>Individually |
| Dated: June 11, 2009 | **SALTZMAN AND JOHNSON LAW CORPORATION** |
| | _____/s/_____<br>Michele R. Stafford<br>Attorneys for Plaintiffs |
| **APPROVED AS TO FORM**<br>Dated: June 9, 2009 | **LAW OFFICES OF GREGORY D. MCDONALD** |
| | _____/s/_____<br>Gregory D. McDonald<br>Attorneys for Defendants |

**IT IS SO ORDERED**.

Dated: __June 17__, 2009      _____
                              UNITED STATES DISTRICT COURT JUDGE

*Judge Maria-Elena James*